IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JAMAL OMAR NAJM,                          §
    A# 095321617,                        §
        Petitioner,                  §
                                     §
                                     §
v.                                        §       No. 3:25-CV-3085-N-BW
                                     §
U.S. IMMIGRATION AND                      §
CUSTOMS ENFORCEMENT,                      §
        Respondent.                  §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge

and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of

the opinion that the Findings and Conclusions of the Magistrate Judge are correct

and they are accepted as the Findings and Conclusions of the Court. For the reasons

stated in the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge, the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C.

§ 2241, received on November 12, 2025, will be **DENIED** by separate judgment.

    **SO ORDERED** this 24th day of April, 2026.

                          _____
                          UNITED STATES DISTRICT JUDGE